THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO., | CASE NO. C17-0169-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GERARD VAGT, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to appoint a guardian *ad litem* (GAL) for Defendant B.V., a minor. (Dkt. No. 2.) Where a minor is unrepresented in an action, the Court must appoint a GAL. Fed. R. Civ. P. 17(c)(2); Local Rule 17(c). Therefore, the Court finds that appointment of a GAL is appropriate in this case to represent B.V.'s interests and the motion is GRANTED. The Court ORDERS the parties to meet and confer and submit to the Court three candidates for a GAL. These candidates shall be suitable, disinterested persons with the requisite knowledge, training, and expertise to perform the duties required to protect B.V.'s fiduciary and legal interests in this case. The parties are DIRECTED to submit the list of candidates to the Court on or before March 31, 2017.

//

1    DATED this 2nd day of March 2017.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk