THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO. C17-0169-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GERARD VAGT, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court following its instructions that the parties propose three candidates to serve as Guardian ad Litem (GAL) for B.V., a minor. (Dkt. No. 6.) Having received the parties' submissions (Dkt. No. 10), the Court hereby APPOINTS Bryce Vagt to serve as GAL for B.V.

The GAL shall have the following duties:

1. To advise B.V. regarding B.V.'s fiduciary and legal interests in this case.
2. To manage any funds recovered by B.V. in a manner consistent with B.V.'s best interests.
3. To provide the court with written recommendation, which shall include:

MINUTE ORDER C17-0169-JCC
PAGE - 1

(a)     Appointment of GAL: State your name, date of appointment, and the date you started working on this matter. Give a brief description of your experience and qualifications as it pertains to serving as GAL, or attach a CV with this information. Describe your relationship, if any, with involved parents, personal representatives, or attorneys.

(b)     Investigation: Describe the investigation you conducted, the persons interviewed, and the documents you reviewed.

(c)     Proposed Distribution: Discuss the form the distribution might take (e.g. blocked account, guardianship or trust) and the proposed distribution documents.

(d)     GAL Fees: Attach a declaration of your time and services, giving your professional rate and the amount sought.

4.  The GAL shall, within 45 days after appointment, unless otherwise ordered, file a report with the Court and provide a copy to each party, or their counsel, if they are represented.

5.  The cost of probate, attorney fees, and the GAL's fee is reserved for determination at the time the proposed distribution is submitted to the court.

6.  The GAL shall not employ or retain counsel or experts to assist in these duties except as authorized in advance by the court, and shall promptly advise the court if others have retained such a person without court authorization, including but not limited to the retention of counsel to initiate litigation or draft a trust.

DATED this 3rd day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk