UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>GERARD VAGT, *et al.*,<br><br>Defendants. | CASE NO. C17-0169-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion requesting deposit of life insurance proceeds into registry of Court and other relief (Dkt. No. 15). Plaintiff Metropolitan Life Insurance Company ("MetLife") brought this complaint in interpleader. (Dkt. No. 1.) Based on the parties' stipulation, the Court ORDERS the following:

1. Service of process of this matter has been effectuated on all Defendants;

2. MetLife is granted leave to deposit dependent life insurance proceeds of Policy No. 300533-3-G (the "Policy") in the principal amount of $75,000.00, plus accrued interest, less fees and costs, as noted in paragraph 6 below, into the registry of the Court;

3. MetLife is dismissed from this case with prejudice;

4. MetLife and any related entities, Delta Airlines, Inc. and any related entities, Delta Airlines, Inc.'s Optional Insurances Plan, and the plan's sponsor and administrator, and

any of their respective past, present and future directors, officers, employees, agents, stockholders, administrators, fiduciaries, and representatives (collectively referenced as "Releasees") are hereby released and discharged from any and all liability relating to, arising out of, or connected in any way to the Policy including, but not limited to, any benefit payable thereunder, the disbursement of funds, or the handling of claims or disputes relating to the Policy (referenced as the "Released Claims");

5. Defendants and their agents, attorneys or assigns are enjoined from instituting any action or making any claims against Releasees with regard to the Released Claims; and

6. MetLife is awarded its reasonable attorney fees in the amount of $11,745.00 plus costs in the amount of $470.02 incurred in the prosecution of this suit, to be deducted from the total amount MetLife will deposit pursuant to paragraph 2 above.

7. The funds deposited pursuant to paragraph 2 above shall be disbursed in equal shares to the following eight Defendants: Brian Vagt, Bradley Vagt, Bryce Vagt, Brandon Vagt, Brett Vagt, Lauren Vagt, Molly Vagt, and B.V., a minor, by and through the appointed Guardian *ad litem*, Bryce Vagt.

It is so ORDERED and ADJUDGED.

The Court DIRECTS the Clerk to close this case.

DATED this 16th day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE